FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) (INNB 03/13)     Case Number **15–30630–hcd**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/23/15. You may be a creditor.
**This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Debtor(s):<br>**Mark Lantz**<br>328 Runaway Bay<br>Apartment 1<br>Mishawaka, IN 46545 | Case Number: **15–30630–hcd** |
|---|---|
| | Social–Security or Individual Taxpayer–ID (ITIN) No(s):<br>xxx–xx–0473 |
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names): | Bankruptcy Trustee assigned by U.S. Trustee:<br>Jacqueline S. Homann<br>202 S. Michigan St., 600 Key Bank Bldg.<br>P.O. Box 4577<br>South Bend, IN 46634–4577<br>Telephone number: (574) 233–1194 |
| Attorney for Debtor(s):<br>Mark Lantz<br>328 Runaway Bay<br>Apartment 1<br>Mishawaka, IN 46545<br>Telephone number: | |

### Meeting of Creditors

Date: **April 28, 2015**     Location: One Michiana Square, 5th Floor, 100 East Wayne Street, South Bend, IN 46601

Time: **09:30 AM** (Eastern)

*The Debtor(s) must attend the meeting to be questioned under oath.* **Professional dress, photo ID and proof of SSN are required.**
*Creditors are welcome to attend.*
Debtor(s) needing a no cost telephone translation service should contact the trustee for more information.

### Presumption of Abuse under 11 U.S.C. § 707(b)

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines

Filings must be *received* by the bankruptcy clerk's office by the following deadlines:

**Objection to Debtor's Discharge or Challenge to Dischargeability of Certain Debts: 6/29/15**
**Objection to Exemptions: Thirty (30) days after the conclusion of the meeting of creditors.**

Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>401 S. Michigan Street<br>South Bend, IN 46601<br><br>Telephone number: 574–968–2100<br>Hours: Monday – Friday 9:00 AM – 4:00 PM | **For the Court:**<br><br>Christopher M. DeToro<br>Clerk of the Bankruptcy Court<br>Date: 3/24/15 |
|---|---|

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights.